# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Luz Chavez, et al.

                    Plaintiff,

v.                                             Case No.: 1:22–cv–05924

                                                          Honorable Jorge L. Alonso

Scott Lennon

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held and continued to 2/9/23 at 9:30 a.m. If a stipulation to dismiss is filed in advance of that date no one needs to appear on 2/9/23. If a stipulation has not been filed, the parties are directed to file a joint status report by 2/6/23. For the reasons stated on the record, Plaintiffs' motion for a preliminary injunction [2] is denied without prejudice. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 888–808–6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.